SAM RAILBACH V. THE STATE.

No. 8795.   Decided October 15, 1924.

No motion for rehearing filed.

**Manufacturing Intoxicating Liquor.**

No statement of facts nor bills of exception appearing in this record, the cause is affirmed.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year's confinement in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manufacturing intoxicating liquor, punishment having been assessed at one year in the penitentiary.

No statement of facts nor bills of exception accompany the record. The indictment is regular and the charge of the court applicable to facts provable under the charge.

No question is presented to this court for review, and the judgment is affirmed.

*Affirmed.*